# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | NO. 1:04-CR-0007 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **BRYAN NEAL,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 20th day of April, 2009, following a hearing on the petition for revocation of supervised release as to the above-named defendant (Doc. 75.), held on this date, it is hereby ORDERED that the defendant shall be required to participate in an inpatient drug treatment program, for a minimum term of thirty (30) days, at the direction of the U.S. Probation officer and in conjunction with the recommendations of a medical provider approved by the U.S. Probation officer.  It is further ORDERED that upon completion of said inpatient drug treatment program, the defendant shall be placed on a term of supervised release for three (3) years.

S/Christopher C. Conner<br>
CHRISTOPHER C. CONNER<br>
United States District Judge